CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

WAYNE A. MYERS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Wayne.Myers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jul 27, 2023, 3:03 pm
Lucy H. Carrillo, Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 23-1155 KJM |
| Plaintiff, | CRIMINAL COMPLAINT; AFFIDAVIT |
| v. | |
| LUKA KEKOA MOSSMAN, | |
| Defendant. | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Count 1
Distribution of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

On or about May 31, 2023, within the District of Hawaii, LUKA KEKOA MOSSMAN, the defendant, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

I further state that I am a Special Agent of the Department of Homeland Security, Homeland Security Investigations, and that this Complaint is based upon the facts set forth in the following affidavit, which is attached hereto and made part of this Complaint by reference.

Ryan K. Faulkner
Special Agent
Homeland Security Investigations

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b) on July 27, 2023.

Kenneth J. Mansfield
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAG. NO. 23-1155 KJM |
| Plaintiff, | ) AFFIDAVIT |
| v. | ) |
| LUKA KEKOA MOSSMAN, | ) |
| Defendant. | ) |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

BACKGROUND

1. I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations and make arrests.

2. I am currently employed as a Special Agent of U.S. Immigration and Customs Enforcement, Homeland Security Investigations ("HSI") and have been so employed for approximately 16 years. As part of my employment with HSI, I attended approximately five and a half months of comprehensive law enforcement and investigative training at the Federal Law Enforcement Training Center

("FLETC"). The training successfully completed at the FLETC included, but was not limited to, general investigative techniques, criminal law, immigration law, handling of evidence, narcotics detection and identification, and trends in smuggling of contraband, among other topics.

3. I was also employed as a Police Officer with the Honolulu Police Department ("HPD") from October 1997 through February 2007 and received approximately six months of comprehensive training in general matters pertaining to law enforcement in the State of Hawaii. As a part of my employment with the HPD, I held various investigative assignments with the Narcotics/Vice Division, Crime Reduction Unit, Criminal Investigations Division, and Criminal Intelligence Unit. As part of these assignments, I obtained specific training in the recognition of various types of narcotics, and the various methods of narcotics distribution as well as different methods used to smuggle narcotics and related proceeds of narcotics trafficking without detection.

4. As an HSI Special Agent, my duties and responsibilities include the investigation of possible criminal violations of narcotics trafficking (Title 21, United States Code, Section 841, et. seq.), the Money Laundering Control Act (Title 18, United States Code, Section 1956, et. seq.), and firearms offenses (Title 18, United States Code, Section 922 et. seq.). As a former Officer with the HPD and

current Special Agent, I have conducted and assisted in more than 400 investigations involving narcotics trafficking and firearms crimes specified above.

5. I submit this affidavit in support of the foregoing Criminal Complaint for LUKA KEKOA MOSSMAN, charging one count of distribution of 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi). This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

6. In early 2023, law enforcement opened an investigation into MOSSMAN related to, among other things, his use of the Telegram channel "Hawaiian Pharmacy" to distribute fentanyl.[1] During the investigation, law

---

[1] Telegram is a global online messaging platform which allows users to communicate in a variety

enforcement engaged in a series of conversations with MOSSMAN in an effort to obtain evidence related to MOSSMAN's criminal activities.

7. On or about May 25, 2023, a law enforcement officer acting in an undercover capacity ("UC") contacted MOSSMAN via Telegram. During the ensuing conversations, the UC agreed to purchase 500 fentanyl pills from MOSSMAN for $2,500.

8. On or about May 25, 2023, the UC sent $2,500 to a Western Union account specified by MOSSMAN for the fentanyl pills and sent a copy of the receipt to MOSSMAN; MOSSMAN provided a screenshot of the shipping label to the UC.

9. On or about May 26, 2023, MOSSMAN confirmed to the UC that he had sent the package containing the fentanyl pills to the address specified by the UC. On or about May 31, 2023, law enforcement recovered the package at the specified address and determined it contained 500 "M30" pills, which tested positive for fentanyl. The UC subsequently communicated with MOSSMAN via Telegram (using a video chat feature) and, in response to a question from MOSSMAN as to whether the UC had received the package, showed MOSSMAN the package containing the fentanyl pills; MOSSMAN replied "rajah."

---

of ways, including group messages, private messages, video, audio, and file sharing. Users can access Telegram through a mobile application, a desktop application, and the web. Telegram allows users to create channels, which are a form of "one-way" messaging whereby the channel's administrator can post messages, pictures, files, links, and videos to the channel, which are viewable to users. Telegram also allows users to communicate directly with one another using these same features.

10. As part of this investigation a Hawaii Police Department Criminalist tested the 500 pills acquired on May 31, 2023. The pills were determined to contain fentanyl, with a gross weight of 53.91 grams.

11. On July 27, 2023, law enforcement located MOSSMAN in Honolulu, Hawaii and placed him under arrest for the aforementioned offense while executing a federal search warrant which authorized, *inter alia*, a search of MOSSMAN's person. During the encounter, law enforcement located a bag affixed to MOSSMAN's person. Inside that bag, law enforcement located 250 "M30" pills (which tested positive for fentanyl), a loaded .380 Ruger pistol, and an Ohio driver's license containing MOSSMAN's photograph but under a fictitious name.

12. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant LUKA KEKOA MOSSMAN for violating Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vi).

Ryan K. Faulkner
Special Agent
Homeland Security Investigations

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 3:03 p on July 27, 2023.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b).



Kenneth J. Mansfield
United States Magistrate Judge