CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

WAYNE A. MYERS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: wayne.myers@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 23-1155-KJM |
| Plaintiff, | ) |
| | ) GOVERNMENT'S RESPONSE |
| | ) TO DEFENDANT'S MOTION |
| vs. | ) FOR RECONSIDERATION OF |
| | ) DETENTION; CERTIFICATE OF |
| LUKA KEKOA MOSSMAN, | ) SERVICE |
| | ) |
| Defendant. | ) |
| | ) |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION

On July 31, 2023, the United States moved to detain the defendant because he is a danger to the community and a flight risk. *See* Dkt. No. 4. Both remain true today, and the United States therefore remains opposed to his release. The United States' motion was based on, *inter alia*, statutory rebuttable presumptions triggered by the nature of the charges (i.e., a drug felony with the possibility of ten

or more years in prison and possessing a firearm in furtherance of a drug trafficking crime).  In addition, the defendant was at that time—and upon information and belief remains subject to—a detainer for an outstanding state arrest warrant.  On August 16, 2023, the defendant submitted to detention, and has been detained since then.  *See* Dkt. No. 11.

The United States recognizes, however, that because the defendant submitted to detention voluntarily, he did not proffer facts or advance arguments to the Court as to why he should be released.  Based on the current record, it is unclear what facts and circumstances, if any, are different from when the defendant submitted to detention on August 16, 2023.  The Court may, of course, reopen the question of detention "at any time if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."  18 U.S.C. § 3142(f)(2).  In light of the defendant's decision to submit to detention, the United States is not opposed, based on the current record, to a detention hearing, at which time the defendant can proffer facts and arguments as to why release is warranted.  The United States remains opposed to the defendant's release, however, given his involvement in

2

distributing substantial amounts of fentanyl disguised as legitimate prescription pills, manufacturing and distributing firearms, possession of machinegun conversion devices, online scams, possession of fraudulent identification documents, and proclivity for carrying loaded firearms while engaged in drug deals.

      DATED:  April 16, 2024, at Honolulu, Hawaii.

                                              CLARE E. CONNORS
                                              United States Attorney
                                              District of Hawaii

                                              /s/ Wayne A. Myers
                                              WAYNE A. MYERS
                                              Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF:</u>

Max Mizono, Esq.                              max_mizono@fd.org
Attorney for Defendant

<u>Served Electronically through Email:</u>

U.S. Pretrial Services

DATED:  April 16, 2024, at Honolulu, Hawaii.

WAYNE A. MYERS
Assistant U.S. Attorney

4